```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 06 B 01382
   DANIEL E WATTS
   VICKY D WATTS                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-1901      SSN XXX-XX-5511
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/15/06 and confirmed on 05/05/06.

   2.  The case was dismissed after confirmation, 05/16/2008.

   3.  The Debtor paid a total of $  13322.86 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDIT ACCEPTANCE CORP | SECURED VEHIC | 5431.12 | 539.55 | 3793.36 |
| MAZDA AMERICAN CREDIT | SECURED VEHIC | 4018.30 | 226.15 | 4018.30 |
| HILTON GRAND VACATIONS | UNSECURED | NOT FILED | .00 | .00 |
| AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 1928.18 | .00 | 122.18 |
| CAPITAL ONE BANK | UNSECURED | 1527.71 | .00 | 96.80 |
| B REAL LLC | UNSECURED | 1363.95 | .00 | 86.42 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 6878.38 | .00 | 435.84 |
| CATON CROSSING DENTAL CA | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | 1180.00 | .00 | 74.76 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1529.57 | .00 | 96.92 |
| MACNEAL MEMORIAL HOSPTIA | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| JOSEPHINE QUILLES | UNSECURED | NOT FILED | .00 | .00 |
| MACNEAL HEALTH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| MCNEAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ONYX ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PESI EMERGENCY PHYSICIAN | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY DENTAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |

```
THE CASH STORE             UNSECURED      NOT FILED              .00          .00
TROY FIRE PROTECTION DIS   UNSECURED      NOT FILED              .00          .00
US DEPARTMENT OF EDUCATI   UNSECURED        5686.97              .00       360.35
VAN RU CREDIT              UNSECURED      NOT FILED              .00          .00
CAPITAL ONE BANK           UNSECURED        1302.61              .00        82.54
```
     Summary of disbursements:
---

                    SECURED      PRIORITY     UNSECURED         OTHER        TOTAL
---
```
TOTAL CLMS ALLOWED  9449.42          .00      21397.37           .00     30846.79
PRINCIPAL PAID      7811.66          .00       1355.81           .00      9167.47
INTEREST PAID        765.70          .00            .00          .00       765.70
TOTAL PAID          8577.36          .00       1355.81           .00      9933.17
```
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $    3000.00
and was paid $    100.00   direct and $    2900.00   through the plan.

The Trustee received $     489.69 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 08/19/08                /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE




                            PAGE   2
       CASE NO. 06 B 01382 DANIEL E WATTS & VICKY D WATTS